IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD SANDERS,

    Petitioner,                      No. CIV. S-09-3303  GGH P

    vs.

D.K. SISTO, Warden,

    Respondent.                   <u>ORDER</u>

_____/

        Pursuant to the Order, filed on December 16, 2009, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a).  Court records indicate that, on January 4, 2010, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: January 19, 2010                  /s/ Gregory G. Hollows

                                                                     GREGORY G. HOLLOWS
                                                                     UNITED STATES MAGISTRATE JUDGE

GGH:009
sand3303.dsc