IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD SANDERS,

    Petitioner,          No. 2:09-cv-3303 GEB KJN P

  vs.

D.K. SISTO,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed an answer and petitioner has filed a traverse, and this matter is presently submitted for decision. However, neither party provided a copy of the 2007 parole hearing transcript at issue herein. Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, respondent shall submit a copy of the 2007 parole hearing transcript to the court.

DATED: February 11, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sand3303.fb

1